RECEIVED
IN ALEXANDRIA, LA.

MAR 1 1 2013

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| COREY W. OLIPHANT,<br>    Petitioner | CIVIL ACTION NO. 1:12-cv-0899 |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN, LOUISIANA STATE PENITENTIARY,<br>    Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Corey Oliphant is *GRANTED A CONDITIONAL WRIT OF HABEAS CORPUS, ORDERING HIS DISCHARGE FROM CUSTODY* on Ground Number 8 of his habeas petition *unless,* **within 60 days from the date of the order**, the State of Louisiana reinstates Corey Oliphant's right to directly appeal his conviction with the assistance of counsel and affords him the opportunity to obtain court-appointed counsel for his appeal.

IT IS FURTHER ORDERED that the remainder of Oliphant's habeas claims are DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of MARCH 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT